THE STATE OF OHIO, APPELLANT, *v.* DIXON, APPELLEE.

[Cite as *State v. Dixon,* 97 Ohio St.3d 244, 2002-Ohio-6298.]

(No. 2001–1772—Submitted October 16, 2002, at the Licking
County Session—Decided December 4, 2002.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Shane* (1992), 63 Ohio St.3d 630, 590 N.E.2d 272.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Ron O'Brien, Franklin County Prosecuting Attorney, and Joyce S. Anderson, Assistant Prosecuting Attorney, for appellant.

L. Leach Reibel, for appellee.